FANNIE SIEGEL, Appellant, *v.* ALBERT H. ATTERBURY, as Trustee under the Will of MORGAN G. COLT, Deceased, Respondent, Impleaded with Others.

Argued December 8, 1938; decided January 4, 1939.

*Samuel Witte* and *George W. Israel* for appellant.
*Taylor More* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.